

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2021

No. 04-20-00150-CV

Dora M. **SOLIS,**
Appellant

v.

Juan Carlos **ALMONACI** and Yolanda Almonaci,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00999
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Appellees have filed a "First Amended Motion to Strike Appellant's Brief" and a "Motion for Extension of Time to File Appellees' Brief." The clerk's record reflects that appellant is appealing from a trial court judgment signed after a bench trial in which she was ordered to pay monetary damages to appellees. The trial court's judgment also declared that appellant sold the house in question to appellees and that appellees are the legal owners.

On November 16, 2020, appellant filed a pro se brief. In their first amended motion to strike appellant's brief, appellees argue that appellant's brief does not comply with the appellate rules. In reviewing appellant's brief, we note that she cites to facts in the record and makes specific argument pertaining to rulings by the trial court during the bench trial. Whether appellant adequately preserved error pursuant to Texas Rule of Appellate Procedure 33.1 or whether she adequately briefed her appellate issues pursuant to Texas Rule of Appellate Procedure 38.1(i) can be addressed by appellees in their brief and subsequently determined by this court when the appeal is submitted. Therefore, appellees' motion to strike appellant's brief is DENIED.

Appellees' motion for extension of time to file their brief is GRANTED. Appellees' brief is due **February 25, 2021**.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2021.

MICHAEL A. CRUZ, Clerk of Court